PETER J. BORST et al. vs. PHILIP V. BOVEE.

*Motion by Defendant for judgment as in case of nonsuit.*—This is an action of replevin; two circuits have passed, and the plaintiff has not noticed the cause at either. The defendant's papers do not show that the cause was *not* tried.

N. HILL, Jr., *Defts Counsel.*    D. P. COREY, *Defts Atty.*

P. POTTER, *Plff's Counsel.*    P. POTTER, *Plff's Atty.*

*Per Curiam.*—It is not necessary to state that the cause *was not tried*, where it is shown that it was not noticed for trial.

*Decision.*—Motion granted, unless plaintiffs stipulate and pay costs of this motion.

---

HENRY FELT vs. HIRAM T. HYDE, MORTON FAIRCHILD and THOMAS KIRK-PATRICK.

*Motion by Defendant Kirkpatrick for judgment as in case of non suit.*— It appears this suit was severed and judgment taken against the first two defendants. Defendant's attorney appeared, and pleaded for Kirkpatrick alone, and now moves on papers entitled with all the defendants.

H. C. WHELPLEY, *Defts Counsel.*    H. C. WHELPLEY, *Defts Atty.*

C. STEVENS, *Plff's Counsel.*    PRUYN & SOUTHWICK, *Plff's Attys.*

*Per Curiam.*—Defendant's papers are entitled wrong; they should be entitled Kirkpatrick *impleaded, &c.*

*Decision.*—Motion denied, with costs, without prejudice.